# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES ASHFORD**  **PLAINTIFF**
**ADC #133975**

**V.**  **CASE NO. 5:10CV00009 BSM-BD**

**R. JOHNSON**  **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 23rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE